1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES SWIGART,

                                Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                                Defendant.

Case No. 13-5190 RBL-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

        This matter comes before the court on the Report and Recommendation of Magistrate

Judge Karen L. Strombom [ECF #17] recommending that this case be remanded, based on the

stipulation of the parties [ECF #16].  It is therefore ORDERED

        (1)  The Court ADOPTS the Report and Recommendation;

        (2)  The Court REVERSES and REMANDS for further administrative proceedings; and

        (3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

        DATED this 22nd day of July, 2013.


                                        _____
                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE


ORDER ADOPTING REPORT AND RECOMMENDATION - 1